UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
DOROTHEA SCOTT, as Proposed Administrator :
of the Estate of NAOMI LLOYD, :
:
Plaintiff, :
v. : **ORDER**
:
UNITED ODD FELLOW AND REBEKAH : 22 Civ. 7102 (AKH)
HOME d/b/a REBEKAH REHAB AND :
EXTENDED CARE CENTER, ABC :
CORPORATION, and ABC PARTNERSHIP, :
:
Defendant. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On review of the parties' submissions, this case is stayed until the Second Circuit renders decisions in *Leroy v. Hume*, Nos. 21-2158, 21-2159 (cons.) and *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center*, 21-2164, which are likely to affect whether this Court has subject matter jurisdiction in this case. The parties are instructed to file a joint status report within one week of the Second Circuit's decisions in these appeals, or by March 1, 2023, whichever date is earlier.

        SO ORDERED.

Dated:    January 3, 2023               /s/ Alvin Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                         United States District Judge