UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
      :
DOROTHEA SCOTT, as Proposed Administrator  :
of the Estate of NAOMI LLOYD,     :
      :
      Plaintiff,  :
    v.  :  **ORDER**
      :
UNITED ODD FELLOW AND REBEKAH  :  22 Civ. 7102 (AKH)
HOME d/b/a REBEKAH REHAB AND  :
EXTENDED CARE CENTER, ABC  :
CORPORATION, and ABC PARTNERSHIP,  :
      :
      Defendant.  :
      :
--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        In view of *Leroy v. Hume*, 21-2158-cv (2d Cir. Apr. 13, 2023) and *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center*, 21-2164 (2d Cir. April 13, 2023), the Court proposes to issue an order absolving the stay in this case and remanding to the Supreme Court of the State of New York, Bronx County. Plaintiff has until May 2, 2023 to show cause that the case can remain in this Court.

        SO ORDERED.

Dated:    April 18, 2023                      /s/ Alvin Hellerstein
           New York, New York          ALVIN K. HELLERSTEIN
                                         United States District Judge