UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DOROTHEA SCOTT, as Proposed Administrator :
of the Estate of NAOMI LLOYD, :
:
Plaintiff, :
v. : **ORDER OF REMAND**
:
UNITED ODD FELLOW AND REBEKAH : 22 Civ. 7102 (AKH)
HOME d/b/a REBEKAH REHAB AND :
EXTENDED CARE CENTER, ABC :
CORPORATION, and ABC PARTNERSHIP, :
:
Defendant. :
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant has removed this case from the Supreme Court of the State of New York, County of the Bronx, Index Number 805924/2022E on the ground that the complaint raises an embedded federal question of complete preemption under the PREP Act. However, this precise contention has recently been rejected by the Second Circuit in *Leroy v. Hume*, 21-2158-cv (2d Cir. Apr. 13, 2023) and *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center*, 21-2164 (2d Cir. April 13, 2023). Accordingly, this case is hereby remanded to the state court. The Clerk of Court shall inform the Supreme Court of the State of New York, Bronx County, terminate the open motions at ECF Nos. 7, 9, and 10, and close the case.

      SO ORDERED.

Dated: May 3, 2023
      New York, New York
                                     ALVIN K. HELLERSTEIN
                                     United States District Judge